AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern     DISTRICT OF     New York

Patricia Certo

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:     5:11-cv-1142

Carolyn W. Colvin, *Acting Commissioner of Social Security*

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's motion for judgment on the pleadings is Denied and that Defendant's motion for judgment on the pleadings is Granted.

All of the above pursuant to a Memorandum-Decision and Order issued by the Honorable Frederick J. Scullin, Jr. on March 27, 2014.

*[signature]*
Clerk of Court

March 27, 2014     Lawrence K. Baerman
Date     Clerk

(By) Deputy Clerk

*[signature] Barbara J. Woodford*